IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CUSTOM ELECTRONICS, | ) | |
| Plaintiff, | ) | 4:06cv3007 |
| v. | ) | |
| WATKINS MOTOR LINES, | ) | ORDER |
| Defendant. | ) | |

IT HEREBY IS ORDERED:

Counsel and unrepresented parties shall meet and confer in accordance with Fed. R. Civ. P. 26(f) and, by January 30, 2006, file their Report of Parties' Planning Conference.

DATED January 12, 2006.

                                                             /s/ *David L. Piester*
                                                             United States Magistrate Judge