IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CUSTOM ELECTRONICS, INC., | ) | |
| | ) | 4:06CV3007 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **REASSIGNMENT ORDER** |
| | ) | |
| WATKINS MOTOR LINES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

The Report of Parties' Planning Conference, filing 7, states that the parties do not consent to trial before a magistrate judge. Accordingly,

IT IS ORDERED that this case is reassigned to District Judge Richard G. Kopf for disposition and to Magistrate Judge David L. Piester for judicial supervision and processing of all pretrial matters.

DATED this 6th day of February, 2006.

BY THE COURT:

s/ Joseph F. Bataillon, Chief Judge
United States District Court