```
           IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| CUSTOM ELECTRONICS, | ) | |
| | ) | |
| Plaintiff, | ) | 4:06CV3007 |
| | ) | |
| v. | ) | |
| | ) | |
| WATKINS MOTOR LINES, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED:

Plaintiff's unopposed oral motion is granted and Michael D. Nelson shall be permitted to participate in the pretrial conference on June 1, 2006 at 1:00 p.m. by telephone.

Plaintiff's counsel shall promptly notify the undersigned of the telephone number where Mr. Nelson may be reached for the pretrial conference.

DATED this 30th day of May, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge